**IN THE UNITED STATES DISTRICT COURT** CLERK'S OFFICE
**DISTRICT OF SOUTH CAROLINA**

2015 AUG -3 P 2: 20

Earl O. Graham, Sr.,                    )
                                        )
                    Plaintiff,          )         C.A. No. 0:14-4046-RMG
                                        )
        vs.                             )
                                        )
Ronaldo Myers; Lilly Randolph, MD,      )
                                        )         **ORDER**
                    Defendants.         )
                                        )
_____)

This matter comes before the Court on a Report and Recommendation ("R & R") of the

Magistrate Judge recommending that this action be dismissed with prejudice pursuant to Rule

41(b) of the Federal Rules of Civil Procedure because of Plaintiff's failure to respond to pending

motions for summary judgment filed by Defendants. (Dkt. No. 62). The Magistrate Judge noted

that Plaintiff had been earlier warned of the need to keep the Court updated regarding any change

of address and the potential dismissal of his lawsuit for failing to comply with this order. Despite

this warning, notices regarding the pending motions of Defendants and this R & R have been

returned as undeliverable and the Court has no way of contacting Plaintiff. (*Id.* at 2). The R & R

was issued on July 14, 2015 with a notice that Plaintiff had 14 days from service to file written

objections and a failure to timely file objections could result in limited review by the District

Court and a waiver of the right to appeal the District Court's judgment. (*Id.* at 4). No objections

to the R & R were received by the Court.

Based upon the foregoing, the Court **ADOPTS** the R & R of the Magistrate Judge as the

-1-

-2-

order of the Court (Dkt. No. 62) and **DISMISSES** this action with prejudice.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

August 3, 2015
Charleston, South Carolina

-2-